## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | |
| Christopher Wilson | ) | Case No. 13-42401 |
| | ) | |
| Debtor(s) | ) | Judge Donald R. Cassling |

### NOTICE OF MOTION

To: See attached service list

PLEASE TAKE NOTICE that on December 13, 2013 at 10:30 a.m. or as soon thereafter as I may be heard, I will appear before the Honorable Donald R. Cassling, or such other judge as may be sitting instead, in Courtroom 4016, DuPage County Courthouse 505 North County Farm Rd., Wheaton, Illinois and shall then and there present Attorney's Application for Compensation for Representing Chapter 13 Debtor, and shall request that the attached Order be entered, at which time you may appear if so desired.

### PROOF OF SERVICE

I, Richard Fonfrias, an attorney, certify that I served the above-named respondents by placing a copy of the Motion in an envelope, correctly addressed and mailing same by regular mail, postage pre-paid in the U.S. Mail chute at 70 West Madison street Chicago, Illinois before the hour of 5:00 p.m. on November 21, 2013.

By:   /s/Richard G. Fonfrias
Debtor's attorney

Richard Fonfrias #6237079
Fonfrias Law Group, LLC
70 West Madison Suite 1400
Chicago, IL 60602
312-969-0730

SERVICE LIST

By Electronic Filing:
Glenn B Stearns, Chapter 13 Trustee
Patrick S Layng, U.S. Trustee

By Mail:
Carsons
Po Box 182789
Columbus, OH 43218-2789

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

David L Freidberg PC
1954 First Street
Unit 164
Highland Park, IL 60035-3104

AMB Anesthesiologist
Po Box 66470
Chicago, IL 60666-0470

Dean M Toriumi, MD
60 E Delaware Pl
#1460
Chicago, IL 60611-1495

DuPage County Judicial Center
505 North County Farm Rd
Wheaton, IL 60187-2518

Elmhurst Memorial Hospital
200 Berteau Ave
Elmhurst, IL 60126-2989

Express/Comenity Bank
Po Box 182789
Columbus, OH 43218-2789

First National Bank Omaha
Po Box 2557
Omaha, NE 68103-2557

Freedman, Anselmo, Lindberg
1807 W Diehl
Po Box 3107
Naperville, IL 60566-7107

Good Samaritan Hospital
3815 Highland Ave
Downers Grove, IL 60515-1590

(p)ILLINOIS DEPARTMENT OF REVENUE
BANKRUPTCY DEPARTMENT
P O BOX 64338
CHICAGO IL 60664-0338

Linebarger Goggan Blair & Sampson
Po Box 06152
Chicago, IL 60606-0152

Nationstar Mortgage
Po Box 850783
Dallas, TX 75265

(p)NATIONSTAR MORTGAGE
PO BOX 630267
IRVING TEXAS 75063-0116

Nordstrom/FSB
Po Box 13589
Scottsdale, AZ 85267-3589

Robert Cooper
1425 Jefferson
Rochester, NY 14623-3139

Robert S Cooper, Esq
1425 Jefferson Rd
Rochester, NY 14623-3139

TD Auto Finance
Po Box 9001921
Louisville, KY 40290-1921

TD Auto Finance
Po Box 9223
Farmington, MI 48333-9223

TD Auto Finance LLC fka Chrysler Financial S
Riezman Berger PC
7700 Bonhomme Avenue 7th Floor
St Louis MO 63105-1960

TD Auto Finance LLC fka Chrysler Financial S
Trustee Payment Center
PO Box 9001897
Louisville KY 40290 1897

TRS Recovery Services, Inc
5251 Westheimer
Houston, TX 77056-5416

TRS Recovery Services, Inc
Po Box 17380
Denver, CO 80217-0380

TRS Recovery Services, Inc
Po Box 60022
City of Industry, CA 91716-0022

Tmobile
Po Box 742546
Cincinnati, OH 45274-2546

University of Illinois at Chicago
3293 Paysphere Circle
Chicago, IL 60674-0032

Vic Physician Group
3293 Payshere Circle
Chicago, IL 60674-0032

Zimmerman Law Office PC
77 W Washington
#1220
Chicago, IL 60602-3247

Illinois Department of Revenue
Bankruptcy Section, Level 7-425
100 W Randolph St
Chicago, IL 60601

Nationstar Mortgage, LLC
350 Highland Dr
Lewisville, TX 75067

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **In re:** Christopher Wilson | ) | **Case No** 13-42401 |
| | ) | **Hearing Date:.** December 3, 2013 |
| **Debtor(s).** | ) | **Judge** Donald R. Cassling |

## ATTORNEY'S APPLICATION FOR COMPENSATION FOR REPRESENTING CHAPTER 13 DEBTOR(S)
(Use for cases filed on and after 8/21/2012)

The undersigned attorney seeks compensation pursuant to 11 U.S.C. §330(a)(4)(B) for representing the interests of the debtor(s) in this case.

**Use of Court-Approved Retention Agreement:**
The attorney and the debtor(s) ☒ have ☐ have not entered into the Court-Approved Retention Agreement.

**Attorney Certification:**
The attorney hereby certifies that:
1. All disclosures required by General Order 11-2 have been made, and
2. If a Flat Fee is requested, the attorney and the debtor have not entered into any agreements that provide for the attorney to receive (a) any kind of compensation, reimbursement, or other payment or (b) any form of, or security for, compensation, reimbursement, or other payment that varies from the Court-Approved Retention Agreement.

**Compensation for services previously awarded in this case:**
    ☒ None    ☐ a total of $____, pursuant to order(s) entered on the following dates: _____.

**Compensation for services now sought in this case:**
    $ 4,000    flat fee for services    $_____    for itemized services
    through case closing    (itemization attached).

**Reimbursement now sought for expenses advanced by the attorney:**
    $ 0.00    for filing fee paid by the attorney with the attorney's funds
    $ 0.00    for other expenses incurred in connection with the case and paid by the attorney with the attorney's funds (itemization attached)

    $ 0.00    Total reimbursement for expenses requested.

**Additional expenses incurred in the case for which the attorney is not seeking reimbursement (either paid by the debtor(s) directly or paid by the attorney with funds provided by the debtor(s)):**
    $ 281    for filing fee
    $ 0.00    for other expenses, itemized as follows:
        $_____Describe expenses: _____
        $_____Describe expenses: _____
    (add more lines if needed)

    $ 281.00    Total non-reimbursable expenses pre-paid by the debtor (this amount not to appear on fee order).

**Funds received from debtor for services and expense advanced by the attorney:**
    ☐ None
    $3,569    for services
    $ 0.00    for expenses advanced by the attorney

**Itemization of time:**  ☒ Not Submitted ☐ Attached to this application.

| | | |
|---|---|---|
| Date of Application: | **November 21, 2013** | Attorney's signature: /s/ Richard G. Fonfrias |

**Richard G. Fonfrias**
**Fonfrias Law Group, LLC**
**70 West Madison Street**
**Suite 1400**
**Chicago, IL 60602**
**(312) 969-0730**

Form No. 23, revised 8/21/12