IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS; EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| Christopher Mark Wilson, | ) | CASE NO. 13-42401 |
| | ) | |
| Debtor | ) | JUDGE: Janet S. Baer |

## NOTICE OF MOTION

To: All parties listed on the attached Service List

PLEASE TAKE NOTICE that on April 7, 2017 at 9:30 a.m. or as soon thereafter as I may be heard, I will appear before the Honorable Janet S. Baer, or such other judge as may be sitting instead, in Room 240, Kane County Courthouse, 100 S. Third Street, Geneva, IL 60134 and shall then and there present Debtor's Motion for Hardship Discharge, a copy of which is attached and hereby served upon you. AT WHICH TIME AND PLACE YOU MAY APPEAR AND BE HEARD.

By:     /s/Richard G. Fonfrias
Debtor's attorney

Fonfrias Law Group, LLC
First National Plaza
70 West Madison Avenue
Suite 1400
Chicago, IL 60602
Richard Fonfrias, J.D. Managing Partner
F: 312-624-7954

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: CHRISTOPHER MARK WILSON | CASE NO: 13-42401<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13<br>ECF Docket Reference No.<br>Judge:<br>Hearing Location:<br>Hearing Date:<br>Hearing Time:<br>Response Date: |

On 2/28/2017, I did cause a copy of the following documents, described below,

Notice,

Motion

Exhibit A

Affidavit

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

DATED: 2/28/2017

/s/ Richard Fonfrias
Richard Fonfrias  6237079
Fonfrias Law Group LLC
70 West Madison St Suite 1400
Chicago , IL  60602
248 906 5078
Jennifer@mycasesupport.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

IN RE: CHRISTOPHER MARK WILSON

CASE NO: 13-42401

**CERTIFICATE OF SERVICE DECLARATION OF MAILING**

Chapter: 13
ECF Docket Reference No.
Judge:
Hearing Location:
Hearing Date:
Hearing Time:
Response Date:

On 2/28/2017, a copy of the following documents, described below,

Notice,

Motion

Exhibit A

Affidavit

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/28/2017

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Fonfrias Law Group LLC
Richard Fonfrias
70 West Madison St Suite 1400
Chicago , IL 60602

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

*CASE INFO*

| | | |
|---|---|---|
| 1  LABEL MATRIX FOR LOCAL NOTICING<br>07521<br>CASE 13-42401<br>NORTHERN DISTRICT OF ILLINOIS<br>CHICAGO<br>TUE FEB 28 13-01-02 CST 2017 | 2  JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | 3  NATIONSTAR MORTGAGE LLC<br>PO BOX 619096<br>DALLAS TX 75261-9096 |
| 4  ZIMMERMAN LAW OFFICES PC<br>77 W WASHINGTON STREET<br>SUITE 1220<br>CHICAGO IL 60602-3247 | *EXCLUDE*<br>5  ~~US BANKRUPTCY COURT~~<br>~~EASTERN DIVISION~~<br>~~219 S DEARBORN~~<br>~~7TH FLOOR~~<br>~~CHICAGO IL 60604-1702~~ | 6  AMB ANESTHESIOLOGIST<br>PO BOX 66470<br>CHICAGO IL 60666-0470 |
| 7  CARSONS<br>PO BOX 182789<br>COLUMBUS OH 43218-2789 | 8  CITY OF CHICAGO DEPARTMENT OF<br>REVENUE<br>CO ARNOLD SCOTT HARRIS PC<br>111 W JACKSON BLVD SUITE 600<br>CHICAGO IL 60604-3517 | 9  DAVID L FREIDBERG PC<br>1954 FIRST STREET<br>UNIT 164<br>HIGHLAND PARK IL 60035-3104 |
| 10  DEAN M TORIUMI MD<br>60 E DELAWARE PL<br>1460<br>CHICAGO IL 60611-1495 | 11  DEPT FINANCIAL  PROFESS REGULATION<br>ATTN LOAN ORIGINATOR SECTION<br>320 W WASHINGTON 5TH FLOOR<br>SPRINGFIELD IL 62786-0001 | 12  DUPAGE COUNTY JUDICIAL CENTER<br>505 NORTH COUNTY FARM RD<br>WHEATON IL 60187-2518 |
| 13  ELMHURST MEMORIAL HOSPITAL<br>200 BERTEAU AVE<br>ELMHURST IL 60126-2966 | 14  EXPRESSCOMENITY BANK<br>PO BOX 182789<br>COLUMBUS OH 43218-2789 | 15  FIRST NATIONAL BANK OF OMAHA<br>ROBERT S COOPER ESQ<br>ATTORNEY FOR FNBO<br>1425 JEFFERSON ROAD<br>ROCHESTER NEW YORK 14623-3139 |
| 16  FIRST NATIONAL BANK OMAHA<br>PO BOX 2557<br>OMAHA NE 68103-2557 | 17  FREEDMAN ANSELMO LINDBERG<br>1807 W DIEHL<br>PO BOX 3107<br>NAPERVILLE IL 60566-7107 | 18  GOOD SAMARITAN HOSPITAL<br>3815 HIGHLAND AVE<br>DOWNERS GROVE IL 60515-1590 |
| 19  ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>PO BOX 64338<br>CHICAGO IL 60664-0338 | 20  ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY DEPARTMENT<br>P O BOX 64338<br>CHICAGO IL 60664-0338 | 21  LINEBARGER GOGGAN BLAIR  SAMPSON<br>PO BOX 06152<br>CHICAGO IL 60606-0152 |
| 22  LOU HARRIS COMPANY<br>1040 S MILWAUKEE AVE<br>SUITE 110<br>WHEELING IL 60090-6375 | 23  LOU HARRIS COMPANY<br>613 ACADEMY DR<br>NORTHBROOK IL 60062-2420 | 24  NATIONSTAR MORTGAGE<br>PO BOX 850783<br>DALLAS TX 75265 |
| 25  NORDSTROM FSB<br>PO BOX 6566<br>ENGLEWOOD CO 80155-6566 | 26  NORDSTROMFSB<br>PO BOX 13589<br>SCOTTSDALE AZ 85267-3589 | 27  QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY BANK<br>PO BOX 788<br>KIRKLAND WA 98083-0788 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE OF ELECTRONIC FILING (NEF)" WERE SENT NOTICE THROUGH THE CM/ECF SYSTEM

```
28  ROBERT COOPER                   29  ROBERT S COOPER ESQ              30  SURGERY CENTER
    1425 JEFFERSON                      1425 JEFFERSON RD                    900 N MICHIGAN AVE
    ROCHESTER NY 14623-3139             ROCHESTER NY 14623-3139              60 E DELAWARE PL 15TH FLOOR
                                                                             CHICAGO IL 60611-1898




31  TD AUTO FINANCE                 32  TD AUTO FINANCE                  33  TD AUTO FINANCE LLC FKA CHRYSLER
    PO BOX 9001921                      PO BOX 9223                          FIN
    LOUISVILLE KY 40290-1921            FARMINGTON MI 48333-9223             SERVICES AMERICAS LLC
                                                                             CO RIEZMAN BERGER PC
                                                                             7700 BONHOMME 7TH FL
                                                                             ST LOUIS MO 63105-1960




34  TD AUTO FINANCE LLC FKA CHRYSLER 35  TRS RECOVERY SERVICES INC       36  TRS RECOVERY SERVICES INC
    FINANCIAL S                          5251 WESTHEIMER                     PO BOX 17380
    RIEZMAN BERGER PC                    HOUSTON TX 77056-5416                DENVER CO 80217-0380
    7700 BONHOMME AVENUE 7TH FLOOR
    ST LOUIS MO 63105-1960




37  TRS RECOVERY SERVICES INC       38  THE BANK OF NEW YORK MELLON      39  THE BANK OF NEW YORK MELLON TRUST
    PO BOX 60022                        CO MANLEY DEAS  KOCHALSKI LLC        COMPANY NA
    CITY OF INDUSTRY CA 91716-0022      PO BOX 165028                        NATIONSTAR MORTGAGE LLC
                                        COLUMBUS OHIO 43216-5028             CO WEINSTEIN PINSON  RILEY PS
                                                                             2001 WESTERN AVE SUITE 400
                                                                             SEATTLE WA 98121




40  THE BANK OF NEW YORK MELLON TRUST 41  TMOBILE                        42  UNIVERSITY OF ILLINOIS AT CHICAGO
    COMPANY N                             PO BOX 742546                      3293 PAYSPHERE CIRCLE
    CO MANLEY DEAS KOCHALSKI LLC          CINCINNATI OH 45274-2546           CHICAGO IL 60674-0001
    PO BOX 165028
    COLUMBUS OH 43216-5028




                                                                         DEBTOR
43  VIC PHYSICIAN GROUP             44  ZIMMERMAN LAW OFFICE PC          45  CHRISTOPHER MARK WILSON
    3293 PAYSHERE CIRCLE                77 W WASHINGTON                      728 E WILSON
    CHICAGO IL 60674-0001               1220                                 LOMBARD IL 60148-4046
                                        CHICAGO IL 60602-3247




46  GLENN B STEARNS                 47  PATRICK S LAYNG                  48  RICHARD G FONFRIAS
    801 WARRENVILLE ROAD                OFFICE OF THE US TRUSTEE REGION 11   FONFRIAS LAW GROUP LLC
    SUITE 650                           219 S DEARBORN ST                    70 WEST MADISON SUITE 1400
    LISLE IL 60532-4350                 ROOM 873                             CHICAGO IL 60602-4267
                                        CHICAGO IL 60604-2027
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS; EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| Christopher Mark Wilson, | ) | CASE NO. 13-42401 |
| | ) | |
| Debtor | ) | JUDGE: Donald R. Cassling |

**MOTION FOR HARDSHIP DISCHARGE**

Now comes the Debtor, Christopher Mark Wilson, by and through his attorney Richard Fonfrias, and moves this Honorable Court for the entry of a hardship discharge. In support thereof, he states as follows:

1. On October 30, 2013 the above captioned chapter 13 was filed under the bankruptcy code.
2. This Court has jurisdiction pursuant to 28 U.S.C. § 1334 and 28 U.S.C. §§ 157(a) and (b).
3. This Court has jurisdiction pursuant to 28 U.S.C. § 157(b), as the Motion herein is a "core proceeding" within the meaning of 28 U.S.C. § 157(b)(2).
4. Venue is proper pursuant to 28 U.S.C. § 1409(a).
5. On April 4, 2014, the proposed Chapter 13 plan was confirmed.
6. At the time of filing, the Debtor intended to utilize unemployment income, roommate contributions and family contributions to meet monthly expenses and chapter 13 plan payments with the eventual goal being to re-enter the workforce.
7. Due to circumstances that are out of the Debtor's control, the Debtor is requesting this Honorable Court grant him a hardship discharge pursuant to 11 U.S.C. §1328(b).
8. In order to establish that he is eligible for the hardship discharge the Debtor must show that (1) the inability to make payments is not the result of something the Debtor should be held responsible for, (2) unsecured creditors have received what they would if the instant case was one filed under Chapter 7, and (3) modification of the plan is not feasible.
9. The Debtor has been diagnosed with neuropathy, sciatica, right lumbar radiculopathy, carpal tunnel syndrome and vertigo (*see diagnostic records attached hereto as Exhibit A*) severe enough to render him unable to maintain regular employment due to his condition. To that end the Debtor has had to apply for Social Security Disability.

10. Effective January 2014, the Debtor has exhausted all unemployment income benefits available to him.

11. Effective January 2016, the Debtor has lost all roommate contribution income due to his roommate moving out and no longer contributing to household expenses.

12. The Debtor cannot rightly be held responsible for the inability to recover from medical conditions that leave him unable to work.

13. The expiration of unemployment benefits and loss of roommate contributions as a result of his roommate moving out are circumstances that are beyond the Debtor's control.

14. In this matter unsecured creditors have received at least what they would have in a Chapter 7.

15. The Debtor is not currently employed and at this point his sole hope for a stable source of income is Social Security Disability, which, if awarded, would not provide sufficient income to pay his regular monthly expenses and sustain a Chapter 13 payment.

16. As a result, modification of the plan is not practical.

17. Because the Debtor is not at fault for his current situation, unsecured creditors have received what they would if this was a Chapter 7 and modification of the plan is not feasible, the Debtor is otherwise entitled to a hardship discharge.

Wherefore, Debtor moves this Court for the entry of an Order granting a hardship discharge and for any other relief deemed necessary and just.

Respectfully Submitted,

/s/Richard G. Fonfrias
Attorney for Debtor

Richard G. Fonfrias
Fonfrias Law Group, LLC.
First National Plaza
70 West Madison Suite 1400
Chicago, IL 60602
312-969-0730
F: 312-624-7954