UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   13-42401 |
| Christopher Mark Wilson | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Janet S. Baer |
| | ) | DuPage |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING HARDSHIP DISCHARGE

On this matter coming before the court on Debtor's motion for a Hardship Discharge, due notice having been given and all parties present or represented by counsel and the court being fully advised in the premise, IT IS HEREBY ORDERED:

The Debtor shall be granted a discharge pursuant to 11 U.S.C. §1328(b)

Enter:

*Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated:  January 04, 2019

**Prepared by:**

Richard G. Fonfrias
Fonfrias Law Group, LLC.
First National Plaza
70 West Madison Suite 1400
Chicago, IL 60602
312-969-0730
F: 312-624-7954